Decided September 15, 1993

### RONALD E. THERIAULT *v.* BOARD OF EDUCATION OF THE TOWN OF BLOOMFIELD

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 690 (AC 11385), is denied.

*Stephen P. Fogarty* and *Gary S. Starr,* in support of the petition.

*Leon M. Rosenblatt,* in opposition.

Decided September 15, 1993

### JOHN J. McCOOK *v.* URSULA M. COUTU

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 696 (AC 11273), is denied.

*Raymond L. Baribeault, Jr.,* in support of the petition.

Decided September 15, 1993